PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Allen Witz**             Docket No. **04-273**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel Milne PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Allen Witz, who was placed under pretrial release supervision by the Honorable Joseph A. Greenaway, Jr. sitting in the Court at Newark, New Jersey, on April 19, 2004, under the following conditions: $100,000 unsecured appearance bond, report to Pretrial Services Agency as directed, surrender United States passport and do not apply for travel document, and travel restricted to the contiguous 48 states. On April 19, 2004, the defendant pled guilty and is pending sentencing without a date.

Respectfully presenting petition for action of Court and for cause as follows:
**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER modify Allen Witz's bail conditions to include substance abuse testing and treatment as directed by Pretrial Services.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 10th day of October, 2006 and ordered filed and made a part of the records in the above case. | Executed on 10/2/06 |
| _____<br>Honorable Joseph A. Greenaway, Jr.<br>United States District Judge | _____<br>Daniel Milne<br>United States Pretrial Services Officer |